BRADFORD J. HINSHAW, ESQ. - State Bar No. 153432
TYLER G. DRAA, ESQ. - State Bar No. 099619
LAW OFFICES OF
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A PARTNERSHIP
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Defendant QUAN DINH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CLINTON DAWSON, | No. C 05-2253 MHP (pr) |
| Plaintiff, | ~~PROPOSED~~ **JUDGMENT** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, JEANE WOODFORD, SUZAN HUBBARD, RENEE KANAN, M.D., A.P. KANE, MICHAEL FRIEDMAN, M.D., ROBERTO DELUNA, CHANDRIKA KRISHNA, M.D., CESAR SINNACO, M.D., ALLISON BRAGER, TIMOTHY W. FRIEDRICHS, M.D., QUAN DINH, M.D., ALAN ROSENTHAL, M.D., DONALD DEERING, M.D., EDGAR CASTILLO, M.D., NICOLAE LUCA, M.D. | |
| Defendants. / | |

–1–

JUDGMENT

1  BRADFORD J. HINSHAW, ESQ. - State Bar No. 153432
    TYLER G. DRAA, ESQ. - State Bar No. 099619
2          LAW OFFICES OF
       **HINSHAW, DRAA, MARSH, STILL & HINSHAW**
3       A PARTNERSHIP
        12901 SARATOGA AVENUE
        SARATOGA, CALIFORNIA 95070
4       (408) 861-6500
        FAX (408) 257-6645

5  Attorneys for Defendant QUAN DINH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CLINTON DAWSON, | No. C 05-2253 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, JEANE WOODFORD, SUZAN HUBBARD, RENEE KANAN, M.D., A.P. KANE, MICHAEL FRIEDMAN, M.D., ROBERTO DELUNA, CHANDRIKA KRISHNA, M.D., CESAR SINNACO, M.D., ALLISON BRAGER, TIMOTHY W. FRIEDRICHS, M.D., QUAN DINH, M.D., ALAN ROSENTHAL, M.D., DONALD DEERING, M.D., EDGAR CASTILLO, M.D., NICOLAE LUCA, M.D. | |
| Defendants. / | |

On July 25, 2006, the above-captioned court entered its Order Granting QUAN DINH, M.D.'s Motion for Summary Judgment. The court deferred entry of judgment so that a single judgment could be entered resolving all claims against all defendants together.

The court subsequently, on August 9, 2007, entered its Order Granting Defendants' Motion for Summary Judgment In Part," tentatively granting summary judgment in favor of all

///

1  remaining defendants.  Judgment, however, was conditioned upon a definitive termination of
2  companion State Court proceedings.
3        On June 28, 2007, the California Appellate Court, Sixth Appellate District, affirmed the
4  judgment entered in favor of the defendants named in the companion California Superior Court Civil
5  Action entitled DAWSON vs. FRIEDMAN, Monterey County Superior Court, Civil Action No.
6  M73643 (Appellate Case No. HO30327).  On August 20, 2007, plaintiff and appellate DAVID
7  CLINTON DAWSON petitioned the Supreme Court of California for review.  That petition was
8  denied on September 24, 2007, thereby insulating the state court judgment in favor of defendants and
9  against plaintiff DAVID DAWSON from any further challenge.  The state court judgment has,
10  therefore, become final. (See Nathanson vs. Hecker, 99 Cal.App.4th 1158, 1163 (2002.))
11  Accordingly, this Court's "Order Granting Defendants' Motion for Summary Judgment" has now
12  become final.
13        Based upon the foregoing, it is hereby ordered that judgment be entered in favor of
14  defendants and against plaintiff DAVID CLINTON DAWSON.

16  Dated: _10/19/2007_____    _____
                                  HONORABLE MARILYN H. PATEL

18  H:\dawson\plead\OrderSJ.fed.10.16.07.wpd



-3-

JUDGMENT